SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE McDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:25-cv-01192-JAD-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

  Navy Federal Credit Union (**Navy Federal**), Experian Information Solutions, Inc., and Valerie McDonald stipulate to extend the deadline to file the proposed discovery plan and scheduling order. The parties meet and conferred regarding discovery on September 11, 2025.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

83113864;1

The parties agree that the proposed plan and scheduling order should be filed, if necessary, 14 days after the court adjudicates Navy Federal's motion to stay discovery. ECF No. 22.

| **AKERMAN LLP** | **VALERIE MCDONALD** |
|---|---|
| /s/ Scott R. Lachman<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for Navy Federal Credit Union* | /s/ Valerie McDonald<br>VALERIE MCDONALD<br>9004 In Vogue Ct.<br>Las Vegas, NV 89149<br><br>*Pro Se Plaintiff* |
| **O'HAGAN MEYER**<br><br>/s/ Inku Nam<br>INKU NAM, ESQ.<br>Nevada Bar No. 12050<br>300 S. 4th Street, Suite 1250<br>Las Vegas, NV 89101<br><br>*Attorneys for Experian Information Solutions, Inc.* | |

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2025

Submitted by:

**AKERMAN LLP**

/s/ Scott R. Lachman
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144

*Attorneys for Navy Federal Credit Union*

83113864;1