INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD<br><br>       Plaintiff,<br><br>  v.<br><br>NAVY FEDERAL CREDIT UNION; and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>       Defendants. | Case No. 2:25-cv-001192-JAD-MDC<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S "MOTION TO REQUEST COURT GUIDANCE" [ECF NO. 42]**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR IA 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Motion to Request Court Guidance (ECF No. 42) through Tuesday, April 14, 2026.

This extension request is made in good faith and not for purposes of delay. Counsel for Experian reached out to Plaintiff pro se who consents to the extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian and Plaintiff to continue settlement discussions. Counsel for Defendant and Plaintiff met and conferred today at some length and made progress toward a possible settlement in this matter.

WHEREFORE, Experian Information Solutions, Inc. respectfully requests that Court grant this Motion and Order that Experian be allowed an extension of time to respond to Plaintiff's pleading up to and including April 14, 2025.

Dated this 9th day of April, 2026

O'HAGAN MEYER PLLC

By _____ /s/ *Inku Nam* _____
INKU NAM
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5-14-26

2

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 9th day of April 2026, I electronically filed and served the foregoing with the Clerk of the Court through Case Management/Electronic Filing System as follows.  I further certify that a copy of the foregoing was sent by U.S. Mail to:

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149
valeriemcdonald@gmail.com

By  /s/ Krystal Williams
An Employee of O'HAGAN MEYER PLLC

3