MARCUS LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD<br><br>        Plaintiff,<br><br>  v.<br><br>NAVY FEDERAL CREDIT UNION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:25-cv-001192-JAD-MDC<br><br>**STIPULATION and ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>ECF Nos. 48, 52 |

Plaintiff Valerie McDonald ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") jointly stipulate and agree to the dismissal of all of Plaintiff's claims against Experian, with prejudice.

/ / /

/ / /

/ / /

It is hereby stipulated and agreed between Plaintiff and Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 13th day of July, 2026

_/s/___Valerie McDonald_____
Valerie McDonald
9004 In Vogue Ct.
Las Vegas, NV 89149
323-332-1936
ValerieCMcDonald@gmail.com

*Plaintiff Pro Se*

_/s/__Inku Nam_____
MARCUS LEE, ESQ.
Nevada Bar No. 15769
INKU NAM, ESQ.
Nevada Bar No. 12050
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

### ORDER

Based on the stipulation between plaintiff and Experian **[ECF No. 52]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Experian Information Solutions Inc. are DISMISSED with prejudice**, each side to bear its own fees and costs.  Experian Information Solutions Inc.'s motion to extend time **[ECF No. 48] is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2026

2